UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-0357M |
| | : | |
| v. | : | |
| | : | |
| TUAN PHOUC LE | : | |
| | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Bruce Hegyi, Bar Number 422-741, telephone number (202) 305-9637 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
BRUCE HEGYI
Assistant United States Attorney
Bar No. 422-741
Transnational/Major Crimes Section
555 4th Street, N.W., Room 11-860
Washington, DC 20530
(202) 305-9637
Bruce.Hegyi@usdoj.gov

CERTIFICATE OF SERVICE

No Defense Counsel has entered an appearance in this case.

_____
BRUCE R. HEGYI
Assistant United States Attorney