UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | MAGISTRATE NO.  05-357 (JMF) |
| TUAN PHUOC LE, | : | |
| Defendant. | : | |

## MOTION TO CONTINUE PRELIMINARY HEARING AND WAIVE TIME UNDER SPEEDY TRIAL ACT

1. The Defendant's Preliminary Hearing is presently scheduled for July 29, 2005.

2. The Defendant is undergoing discussions with the Government with the hope that the matter will be resolved without having the matter presented to the Grand Jury. Counsel for the Defendant, however, will be out of the jurisdiction the week of July 25, 2005, and therefore does not expect the discussions with the Government to be concluded until the week August 1, 2005.

3. The Defendant therefore requests that the Preliminary Hearing in this case be continued until the week of August 8, 2005.

4. Counsel has explained to the Defendant, and the Defendant understands, that pursuant to 18 U.S.C. §3161, the Defendant has a right to have an indictment returned within thirty days of his arrest and a "speedy trial" in this case. In support of his request that the Preliminary Hearing in this case be continued, the Defendant, through counsel, asks the Court to exclude 45 days in computing the time in which an indictment must be filed in this case and the Defendant brought to trial; and, for the reasons states above, that the ends of justice are best served and outweigh the best interest of the public and the Defendant in a speedy trial in this case.

3.  The Government, per Assistant United States Attorney Bruce Hegyi, does not oppose this request.

                                  Respectfully submitted,
                                  A.J. KRAMER
                                Federal Public Defender

                                        /s/
                              _____
                               DAVID W. BOS.
                               Assistant Federal Public Defender
                               625 Indiana Avenue, N.W., Suite 550
                               Washington, DC  20004