**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **MAGISTRATE NO.  05-357 (JMF)** |
| | : | |
| **TUAN PHUOC LE,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon the Defendant's request to exclude 45 days in computing the time within which an indictment must be filed and the Defendant brought to trial in this case; and, for the reasons stated in the Defendant's Motion to Continue Preliminary Hearing and Waive Time Pursuant to the Speedy Trial Act, it is hereby

**ORDERED**, that the Defendant's motion to continue the Preliminary Hearing is granted; it is,

**FURTHER ORDERED**, that 45 days be excluded in computing the time within which an indictment must be filed and the Defendant brought to trial, and that the ends of justice are best served and outweigh the best interest of the public and the Defendant in a speedy trial in this case.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE

cc: AUSA BRUCE HEGYI
    AFPD DAVID W. BOS