**In The United States District Court**
**For the District of Columbia**

| | |
|---|---|
| United States of America } | |
| } | |
| v. } | Criminal No. 05-357 (JMF) |
| } | Judge Huevelle |
| Tuan Le } | |
| Defendant } | |

**LINE/PRAECIPE**

Please enter the appearance of Kenneth M. Robinson as retained counsel.

Respectfully Submitted,

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20004
(202) 347-6100
(202) 347-0081 fax

## Certificate of Service

I, Kenneth M. Robinson, certify service by mail this _____ day of October, 2005 on AUSA assigned to this case.

_____
Kenneth M. Robinson,
Bar # 51706
The Robinson Law Firm
717 D Street, NW
Fourth Floor
Washington, DC 20016
(202) 347-6100
(202) 347-0081 fax