**In The United States District Court**
**For The District Of Columbia**

| | | |
|---|---|---|
| United States of America | } | |
| | } | |
| v. | } | Criminal No. 05-357 |
| | } | Judge Huevelle |
| Tuan Le | } | |
| Defendant | } | |

**Rule 12.2 Notice of Insanity Defense,**
**Defense of Diminished Capacity and**
**Mental Examination**

Pursuant to Rule 12.2, Federal Rules of Criminal Procedure, the defendant Le gives timely notice of intent to raise defenses of diminished capacity and not guilty by reason of insanity. Said defense will be offered as to the defendant's mental disease, the severity of it, its effect on his making him unable to act knowingly, voluntarily, intentionally, in a way in which he could control his actions (diminished capacity) and/or that at the time of the commission of the assault charged herein the mental disease was of such severity that it resulted in the inability of Mr. Le to appreciate the nature and quality or wrongfulness of his acts at the time of the crime.

The defense expects to have a written opinion by a psychologist no later than December 22, 2005. Thereafter, the government will most likely move to have Mr. Le committed for examination under 18U.S.C §4242.

WHERFORE, notice pursuant to Rule 12.2 (a) and (b) is given timely in this case.

Respectfully Submitted,

_____
Kenneth M. Robinson,

1

                                    Bar # 51706  
                                    The Robinson Law Firm  
                                    717 D Street, NW  
                                    Fourth Floor  
                                    Washington, DC 20004  
                                    (202) 347-6100  
                                    (202) 347-0081 fax

## **Certificate Of Service**

      I, Kenneth M. Robinson, certify service by mail this 28th day of November, 2005.

                                    Respectfully Submitted,

                                    _____  
                                    Kenneth M. Robinson,  
                                    Bar # 51706  
                                    The Robinson Law Firm  
                                    717 D Street, NW  
                                    Fourth Floor  
                                    Washington, DC 20004  
                                    (202) 347-6100  
                                    (202) 347-0081 fax